David M. Feldman, State Bar No. 179679
LAW OFFICES OF DAVID M. FELDMAN
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 578-7171
Facsimile:   (310) 578-7731

Attorney for Plaintiff:
Maria Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MARIA LOPEZ,<br><br>      Plaintiffs,<br><br>vs.<br><br>WASCO STATE PRISON, et al.<br><br>      Defendants. | Case No.: 1:08-cv-00889-AWI-TAG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Action Filed April 22, 2008 |

Debbie J. Vorous, counsel for Defendant Vasquez, and David Feldman, Counsel for Plaintiff Maria Lopez, stipulate that Defendant shall have an additional thirty days to respond to Plaintiff's complaint filed on April 22, 2008.  Defendant's responsive pleading shall be due on or before August 30, 2008.

Dated July 29, 2008                    OFFICE OF THE ATTORNEY GENERAL


                                       By: /s/ Debbie J. Vorous
                                           Debbie J. Vorous
                                           Deputy Attorney General
                                           Attorney for Defendant

1

STIPULATION AND ORDER OF CONTINUANCE

| | |
|---|---|
| Dated July 29, 2008 | LAW OFFICES OF DAVID FELDMAN |
| | By: /s/ David Feldman |
| | David Feldman |
| | Attorney for Plaintiff |

IT IS HEREBY ORDERED THAT:

    Defendant's time to file a responsive pleading is hereby continued to August 30, 2008.

IT IS SO ORDERED.

Dated: **August 4, 2008**    /s/ **Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE