1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  DEBBIE J. VOROUS, State Bar No. 166884
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-5345
8    Fax: (916) 324-5205
     Email: Debbie.Vorous@doj.ca.gov
9

10 Attorneys for Defendants Wasco State Prison and
   Vazquez
11

12                 IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14                           FRESNO DIVISION

15

16 | **MARIA LOPEZ,** | 1:08-cv-00889-AWI-TAG |

17 | Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE** |
18 | v. |

19 | **WASCO STATE PRISON, et al.,** | Date: September 24, 2008
                                        Time: 9:00 a.m. |
20 | Defendant. |
                                        Magistrate Judge: Theresa A. Goldner
21

22    Debbie J. Vorous, counsel for Defendants Wasco State Prison and Vazquez, and David

23 Feldman, counsel for Plaintiff Maria Lopez, respectfully request that the Court continue the

24 Mandatory Scheduling Conference in this action currently scheduled for September 24, 2008, at

25 9:00 a.m., to a date that is at least forty-five days after September 24, 2008. On August 27,

26 2008, Lopez filed a first amended complaint in this action. Because Lopez's amended complaint

27 names four new defendants, good cause exists for the continuance in order to allow Lopez

28 / / /

time to serve the new defendants and provide them with an opportunity to secure counsel and appear in the action prior to the conference.

Dated September 4, 2008					OFFICE OF THE ATTORNEY GENERAL


							By: /s/ Debbie J. Vorous
							     Debbie J. Vorous
							     Deputy Attorney General
							     Attorney for Defendants Wasco State Prison
							     and Vazquez


Dated September 4, 2008					LAW OFFICES OF DAVID FELDMAN


							By: /s/ David Feldman
							     David Feldman
							     Attorney for Plaintiff Maria Lopez


IT IS ORDERED THAT:

The Mandatory Scheduling Conference scheduled for September 24, 2008, at 9:00 a.m. is reset to November 12, 2008, at 9:00 a.m., at the United States District Court, 1200 Truxtun Avenue, Suite 120, Bakersfield, CA 93301.

Dated: September 5, 2008

							THERESA A. GOLDNER
							U.S. Magistrate Judge

30538978.wpd
SA2008303046