IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>        Defendants. | 1:08-CV-0889 AWI TAG<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 17, 2008, AND TAKING MATTER UNDER SUBMISSION |

    Defendant Wasco State Prison has noticed for hearing and decision a motion to dismiss this action for lack of subject matter jurisdiction. The matter was scheduled for hearing to be held on November 17, 2008. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than November 3, 2008. Plaintiff failed to do so.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

//

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November
2  17, 2008, is VACATED and no party shall appear at that time.  As of November 17, 2008,  the
3  court will take the matter under submission and will thereafter issue its decision.
4
5  IT IS SO ORDERED.
6  **Dated:   November 12, 2008**          _____/s/ Anthony W. Ishii_____
                                            CHIEF UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    2