IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WASCO STATE PRISON, et al., )<br>)<br>Defendants. )<br>_____ ) | 1:08-CV-0889 AWI TAG<br><br>ORDER GRANTING<br>STIPULATION FOR<br>EXTENSION OF TIME TO<br>OPPOSE MOTION TO DISMISS |

    Defendant Wasco State Prison filed a motion to dismiss this action for lack of subject matter jurisdiction. The matter was scheduled for hearing to be held on November 17, 2008. When Plaintiff neither filed an opposition nor a notice of non-opposition by November 3, 2008, the court took the pending motion under submission.  On November 14, 2008 the parties filed a stipulation for an extension of time in which Plaintiff could file an opposition to the motion to dismiss.  On November 14, 2008, Plaintiff also filed her opposition.

    Accordingly, Plaintiff is granted an extension of time to file an opposition, nunc pro tunc, to November 14, 2008.  Defendants shall file any reply brief by December 3, 2008. As of December 3, 2008,  the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 18, 2008**          /s/ Anthony W. Ishii
                                                                      CHIEF UNITED STATES DISTRICT JUDGE