# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ, ) | 1:08-CV-0889 AWI TAG |
| ) | |
| Plaintiff, ) | ORDER RE-OPENING ACTION |
| ) | AS TO ALL DEFENDANTS |
| v. ) | EXCEPT FOR DEFENDANT |
| ) | CHOATE AND DEFENDANT |
| WASCO STATE PRISON, ) | CHAVEZ |
| ) | |
| Defendant. ) | |
| _____ ) | |

On March 17, 2009, the parties filed a stipulation of voluntary dismissal with prejudice of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Rule 41(a)(1)(A), in relevant part, reads:

> the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; (ii) a stipulated dismissal signed by all parties who have appeared.

On March 17, 2009 the court then mistakenly dismissed all parties to this action. However, a review of the dismissal indicates that the only parties that should been dismissed are Defendant Maria Chavez and Defendant Bradley.

1. Accordingly, the court VACATES those portions of the March 19, 2009 order that dismissed any Defendants other than Defendant Chavez and Defendant Choate;

2. This action is dismissed as to Defendant Chavez and Defendant Choate only; and

3. This action will proceed with the remaining Defendants.

IT IS SO ORDERED.

**Dated: March 20, 2009**           **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE