# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ, individually and on behalf of Victor Chavez, deceased,<br><br>                Plaintiff,<br><br>     v.<br><br>P. L. VAZQUEZ, et al.,<br><br>                Defendants. | NO. 1:08-CV-00889-AWI-TAG<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 14, 2009 AND TAKING MATTER UNDER SUBMISSION |

      Defendant Vazquez has noticed for hearing and decision a motion to dismiss second amended complaint. The matter was scheduled for hearing to be held on September 14, 2009. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than August 31, 2009. Plaintiff failed to do so.

      Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

///

///

1 | Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 14, 2009, is VACATED, and no party shall appear at that time. As of September 14, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   September 10, 2009**           _____/s/ Anthony W. Ishii_____
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE