IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>        Defendants. | 1:08-CV-00889-AWI-BAK (GSA)<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 16, 2009, AND TAKING MATTER UNDER SUBMISSION |

      Defendants have noticed for hearing and decision a motion to dismiss second amended complaint. The matter was scheduled for hearing to be held on November 16, 2009. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than November 2, 2009. Plaintiff failed to do so.

      Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

///

///

///

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November
2  16, 2009, is VACATED, and no party shall appear at that time.  As of November 16, 2009, the
3  court will take the matter under submission, and will thereafter issue its decision.

5  IT IS SO ORDERED.

6  **Dated:    November 10, 2009**                    /s/ **Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE

2