# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ, | CASE NO. 1:08-cv-889 AWI-BAK |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' MOTION TO STAY SCHEDULING ORDER DATES |
| P.L. VASQUEZ, et. al., | |
| Defendants. / | (Doc. 59) |

      On October 22, 2009, Defendants P.L. Vasquez, A. Kopp, and M. Tews filed a Motion to Stay the dates outlined in the Amended Scheduling Order issued on March 12, 2009. (Doc. 39). The basis of the request is that since the time the scheduling order was issued, Plaintiff filed a Second Amended Complaint (SAC) naming additional defendants. In response, some of the Defendants filed a Motion to Dismiss the SAC and the motion is still pending.

      No opposition to the Motion to Stay has been filed. Upon review, the Court finds Defendants have established good cause for the request and the motion is GRANTED. Accordingly, the dates outlined in the Amended Scheduling Order referenced above are stayed pending the resolution of the Motion to Dismiss. The Court sets this case for a status conference on January 27, 2010 at 9:30 am. The parties shall file a joint status report five days prior to the conference outlining the procedural posture of this case. The parties shall also notify the court if

1

the Motion to Dismiss is resolved prior to the status conference so that the status conference date may be advanced.

IT IS SO ORDERED.

Dated: __December 3, 2009__            _____/s/ Gary S. Austin_____
                                       UNITED STATES MAGISTRATE JUDGE